

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's motions for *pro hac vice* admission of Kalpana Srinivasan and Elisha B. Barron are DENIED, without prejudice to re-filing, for failure to comply with Texas Rule of Appellate Procedure 10.1(a)(5) in that they are not accompanied by a certificate of conference.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court